```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 08-cr-55-PB

**Sanford Meekins**


**O R D E R**

    The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case to allow time to complete discovery and prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons, the court will continue the trial from June 3, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 28, 2008 final pretrial conference is continued to August 26, 2008 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 15, 2008

cc: Jeffrey Levin, Esq.
    Robert M. Kinsella, AUSA
    United States Probation
    United States Marshal