```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Case No. 08-cr-55-PB

Sanford Meekins


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for September 3, 2008, citing the need for additional time to complete treatment for a medical condition at a rehabilitation center and to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 3, 2008 to December 2, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 26, 2008 final pretrial conference is conitnued to November 18, 2008 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 18, 2008

cc: Jeffrey S. Levin, Esq.
Robert Kinsella, AUSA
United States Probation
United States Marshal

2