```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                          Case No. 08-cr-55-PB

**Sanford A. Meekins**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for December 2, 2008 and requests that the change of plea hearing be rescheduled from November 24, 2008 to a date in February 2009 as defendant has recently been hospitalized and is unable to attend the plea hearing.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      The clerk shall reschedule the change of plea hearing to a date prior to February 3, 2009.

      SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 24, 2008

cc:   Jeffrey Levin, Esq.
      Robert Kinsella, Esq.
      United States Probation
      United States Marshal